UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher Bankston,  Civil 10-2778 DSD/FLN

    Plaintiff,

v.  O R D E R

Five Star Mining, et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 9, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this case is dismissed for lack of prosecution.

DATED: December 28, 2010.     s/David S. Doty
at Minneapolis, Minnesota     DAVID S. DOTY, Judge
   United States District Court